IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

**8:05CR186   USA v. Alan Sandman, et al.**
**8:05CR187   USA v. Stacy Scott, et al.**

### REASSIGNMENT ORDER  - RELATED CASES

IT IS ORDERED that, in the interest of judicial economy, the above cases are reassigned to Chief Judge Joseph F. Bataillon for disposition and to Magistrate Judge F.A. Gossett, III for judicial supervision and processing of all pretrial matters.

DATED this 26th day of April, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE